Decided May 11, 2011

### AARON MANOR, INC. *v.* JANET A. IRVING

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 646 (AC 30900), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's award of attorney's fees under General Statutes § 42-150bb?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18788.

*Gerald L. Garlick*, in support of the petition.

*Edward M. Rosenthal*, in opposition.

Decided May 11, 2011

### YELLOW CAB COMPANY OF NEW LONDON AND GROTON, INC., ET AL. *v.* DEPARTMENT OF TRANSPORTATION ET AL.

The defendant Patrick Foltz' petition for certification for appeal from the Appellate Court, 127 Conn. App. 170 (AC 31415), is denied.

*Edward E. Moukawsher*, in support of the petition.

*P. Jo Anne Burgh*, in opposition.

Decided May 11, 2011